## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **DARRELL WESLEY BANKS** | **CIVIL ACTION NO. 23-1186-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **RED BALL OXYGEN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, and after an independent review of the record, including the Objection [Doc. No. 12] filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with his claims, within thirty (30) days of the date the criminal proceedings against him have concluded, he must file a motion asking the court to lift the stay, and the action will proceed at that time, absent some other bar to suit;

b. If the stay is lifted and the court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed at that time, absent some other bar to suit; and,

c. In light of the stay, Plaintiff **SHALL NOT** file any additional documents in this action until the state court proceedings have concluded.

**MONROE, LOUISIANA**, this 14th day of February 2024.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**