# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DARRELL WESLEY BANKS** | **CIVIL ACTION NO. 23-1186-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **RED BALL OXYGEN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights claims seeking monetary damages and injunctive relief for his allegedly unconstitutional arrest, conviction, and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining civil rights claims be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**MONROE, LOUISIANA**, on this 3rd day of March 2025.

_____
**JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**